Form 8
(10/05)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Lynn Marie Baker**  
                   Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence located at 28161 Diesing Madison Heights, Michigan 48071** | **Countrywide Home Loans** | | | | **X** |

| Description of Leased Property | Lessor's Name | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|
| **-NONE-** | | | |

Date **August 11, 2006**       Signature **/s/ Lynn Marie Baker**  
                                                          **Lynn Marie Baker**  
                                                          Debtor