| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>DISTRICT of Eastern District of Michigan |
| # Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines<br>A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/11/06. |
| You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. |
| ## See Reverse Side For Important Explanations |
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Lynn Marie Baker<br>28161 Diesing Drive<br>Madison Heights, MI 48071 |

| Case Number:<br>**06–50849–mbm** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–9083 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Chad M. Lucia<br>2503 S. Linden Rd.<br>Flint, MI 48532<br>Telephone number: (810) 733–0943 | Bankruptcy Trustee (name and address):<br>Kenneth Nathan<br>260 Franklin Center<br>29100 Northwestern Highway<br>Southfield, MI 48034<br>Telephone number: 248–351–0099 |

| |
|---|
| ## Meeting of Creditors |
| Date: **September 27, 2006**　　　　　　　　　　　　　Time: **10:00 AM**<br>Location: **211 West Fort St., Room 315, Detroit, MI 48226** |
| ## Presumption of Abuse under 11 U.S.C. § 707(b)<br>*See "Presumption of Abuse" on reverse side.* |
| The presumption of abuse does not arise. |
| ## Deadlines:<br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines:<br>**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/27/06** |
| ## Deadline to Object to Exemptions:<br>Thirty (30) days after the *conclusion* of the meeting of creditors. |
| ## Creditors May Not Take Certain Actions: |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |
| ## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So. |
| ## Foreign Creditors |
| A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side. |

| **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br>Telephone number: 313–234–0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
|---|---|
| Hours Open: Monday – Friday 08:30 AM – 4:00 PM | Date: 8/11/06 |

# EXPLANATIONS

FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 20 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0645-2           User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2006
Case: 06-50849                 Form ID: b9a             Total Served: 16

The following entities were served by first class mail on Aug 16, 2006.
db         +Lynn Marie Baker,   28161 Diesing Drive,   Madison Heights, MI 48071-4532
aty        +Chad M. Lucia,   2503 S. Linden Rd.,   Flint, MI 48532-5462
tr         +Kenneth Nathan,   260 Franklin Center,   29100 Northwestern Highway,   Southfield, MI 48034-1046
14563951   +43rd District Court,   Acct#:  06030574GC,   43 E. Nine Mile,   Hazel Park, MI 48030-1826
14563952    Bank One,   PO Box 206A,   Detroit, MI 48232
14563953   +Bronson & Migliaccio, LP,   Attorneys at Law,   2361 Wehrle Drive,   Williamsville, NY 14221-7176
14563955   +CMI,   4200 INTERNATIONAL,   Carrollton, TX 75007-1930
14563954   +City of Madison Heights,   Water and Sewer Department,   300 W. 13 Mile Road,
             Madison Heights, MI 48071-1853
14563956   +Collect America,   1999 Broadway,   Denver, CO 80202-3025
14563957   +Consumers Energy,   Michael Wilson-M9238,   212 W. Michigan Ave.,   Jackson, MI 49201-2236
14563961   +HSBC/NV,   PO BOX 98706,   Las Vegas, NV 89193-8706
14563962   +Wolpoff & Abramson,   7372 Wisconsin Ave., 4th Fl,   Bethesda, MD 20814-2926
14563963    Wow! Internet-Cable-Phone,   PO BOX 5715,   Carol Stream, IL 60197-5715

The following entities were served by electronic transmission on Aug 14, 2006 and receipt of the transmission
was confirmed on:
tr         +EDI: QKANATHAN.COM Aug 14 2006 17:38:00     Kenneth Nathan,   260 Franklin Center,
             29100 Northwestern Highway,   Southfield, MI 48034-1046
14563958   +EDI: COUNTRYWIDE.COM Aug 14 2006 17:38:00     Countrywide Home Loans,   PO BOX 660694,
             Dallas, TX 75266-0694
14563959   +EDI: DISCOVER.COM Aug 14 2006 17:38:00     Discover,   PO BOX 30395,
             Salt Lake City, UT 84130-0395
14563960   +EDI: DTEE.COM Aug 14 2006 17:38:00     DTE Energy,   PO BOX 2859,   Detroit, MI 48260-0001
14563960   +E-mail: brupt1@dteenergy.com Aug 14 2006 21:03:08     DTE Energy,   PO BOX 2859,
             Detroit, MI 48260-0001
14563961   +EDI: HFC.COM Aug 14 2006 17:38:00     HSBC/NV,   PO BOX 98706,   Las Vegas, NV 89193-8706
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2006**          **Signature:**    _Joseph Speetjens_